UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

*In re:*
*Michael Prairie*  Case No. 6:16-bk-05716-RAC
*14136 Bradbury Rd*  Chapter 13
*Orlando, FL 32828*

_____*Debtor*_____/

## MOTION FOR REFERRAL TO
## MORTGAGE MODIFICATION MEDIATION
(Re: 14136 Bradbury Rd., Orlando, FL 32828 Loan# ending 7481)

The Debtor, Michael Prairie requests entry of an order referring the Debtor and Nationstar Mortgage, whose mortgage lien encumbers the Debtor's real property, to mortgage modification mediation, and in support state:

1. The Debtor would like to modify the terms of the mortgage encumbering their residence. The Debtor's income will allow them to contribute as much as 31 percent of their current gross income to payment of this modified mortgage debt.

2. Mediation pursuant to Local Rule 9019-2 will assist the parties in negotiation of a modification of the relevant mortgage.

3. Debtor will pay $250.00 mediation fee directly to the Mediator within seven (7) days of the designation of the Mediator.

Wherefore, Debtor requests the entry of an order referring this case to mediation and for such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been sent by either electronic transmission on the 23rd day of February, 2016, to: Laurie Weatherford, via electronic transmission and to Nationstar Mortgageat 8950 Cypress Waters Blvd., Coppell, TX 75019 and Elizabeth Eckhart, Esq. of Shapiro, Fishman & Gaché, LLP at 4630 Woodland Corporate Blvd., Suite 100, Tampa, FL 33614.

Respectfully submitted,

/s/ ELAYNE M. PEREZ
ELAYNE M. PEREZ
Florida Bar No.: 581151
Attorney for Debtor(s)
Elayne M. Perez, PA
746 N. Magnolia Ave.
Orlando, Florida 32803
407-545-4400 / 407-545-4401 (Fax)
service@perezlawassociates.com